# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-2116

_____

MACKENLEY WIDNER FIACRE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

August 1, 2018

PER CURIAM.

We affirm Appellant's judgments and sentences for first-degree murder and armed burglary. For the reasons discussed in his co-defendant's case, *Lai v. State*, No. 1D16-1882 (Fla. 1st DCA August 1, 2018), we reject Appellant's claim that the trial court abused its discretion when it denied the motion for mistrial based on the prosecutor's improper vouching of government witnesses. We decline to comment on Appellant's other claims.

AFFIRMED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Richard M. Bracey, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Appellee.